# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 0048

Date Filed: 1/3/2008

Plaintiff:
**Wolfram Koeppe**

vs.

Defendant:
**Deutsche Lufthansa AG,**
**State of New York, County of Albany)ss.:**

Received by Westchester Court Service- Fox Advertisi to be served on **Lufthansa Systems Americas, Inc. s/h/a Deutsche Lufthansa AG**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **4th day of March, 2008** at **12:45 pm, I:**

Served the within named **CORPORATION** by delivering two true copies of the **Summons in a Civil Action and Complaint, pursuant to section 306 BCL together with statutory service fee in the amount of $40.00** to Chad Matice as Business Document Specialist I of The New York State Department of State, the New York State Department of State being the **Registered Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served:  Age: 24,  Sex: M,  Race/Skin Color: White,  Height: 6' 1",  Weight: 200,  Hair: Brown,  Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 7th day of March, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC
PATRICIA A. BURKE
Notary Public, State of New York
Qualified in Albany County
Commission Expires Feb 23, 2010

_____
J.R. O'Rourke
Process Server

**Westchester Court Service- Fox Advertisi**
**Po Box 352**
**Tarrytown, NY  10591**
**(914) 948-5200**

Our Job Serial Number: 2008000806

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

WOLFRAM KOEPPE

    Plaintiff,

  - against -

DEUTSCHE LUFTHANSA AG

    Defendant.
-----------------------------------------------------------X

**SUMMONS IN A CIVIL ACTION**

Case No.:

08 CV 0048

**JUDGE HOLWELL**

To:  LUFTHANSA
    650 Fifth Avenue
    New York, NY 10019

  YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFFS' ATTORNEY

    Noah Kushlefsky, Esq.
    KREINDLER & KREINDLER LLP
    100 Park Avenue
    New York, NY 10017

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON
_____[signature]_____
CLERK

JAN 0 3 2008
_____
DATE

_____
BY DEPUTY CLERK