UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
WOLFRAM KOEPPE,

                            Plaintiffs,

-against-

DEUTSCHE LUFTHANSA AG,

                            Defendants.
------------------------------------------------------------------x

**RULE 7.1 DISCLOSURE STATEMENT**

Docket No.: 08 CV 0048
(Holwell, J.)

      The defendant, DEUTSCHE LUFTHANSA, AG, in compliance with Rule 7.1 of the Federal Rules of Civil Procedure hereby discloses that there is no parent corporation of Deutsche Lufthansa AG and there is no publicly held corporation that owns more than ten percent of Deutsche Lufthansa AG.

Dated: Mineola, New York
       March 24, 2008

Yours, etc.,
GOLDBERG SEGALLA LLP

_____
William J. Fitzpatrick (WF 8213)
*Attorneys for Defendants – Deutsche Lufthansa AG*
200 Old Country Road, Ste. 210
Mineola, New York 11501
516-281-9800
GS File No.: 9903.pending

TO:
Kreindler & Kreindler
Attorney for Plaintiffs
100 Park Avenue
New York, New York 10017
212-687-8181

23278.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
WOLFRAM KOEPPE,

                Plaintiffs,

-against-

                **CERTIFICATE OF SERVICE**

DEUTSCHE LUFTHANSA AG,

                Defendants.
------------------------------------------------------------------x

    I hereby certify that on March 24, 2008, I electronically filed Defendants' RULE 7.1 DISCLOSURE STATEMENT with the Clerk of the Southern District Court using its ECF system, which would then electronically notify the following ECF participants on this case:

Kreindler & Kreindler<br>
Attorney for Plaintiffs<br>
100 Park Avenue<br>
New York, New York 10017

                                          GOLDBERG SEGALLA LLP

                                          _____
                                          William J. Fitzpatrick (wf-8213)
                                          Attorneys for Defendants
                                          *Deutsche Lufthansa AG*
                                            200 Old Country Road, Suite 210
                                            Mineola, New York 11501-4293
                                            516-281-9800
                                            GS File No.: 9903.pending