

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
WOLFRAM KOEPPE,

                Plaintiff,

       -against-

DEUTSCHE LUFTHANSA AG,

                Defendant.
----------------------------------------------------------------x

Civil No. 2008 Civ. 00048(RJH)

**SCHEDULING ORDER**



1.    Description of the Case

    a.    Identify the attorneys of record for each party, including lead trial attorney;

> William J. Fitzpatrick, Esq.
> Goldberg Segalla LLP
> 200 Old Country Road, Suite 210
> Mineola, New York 11501-4293
> (516) 281-9810
> Attorneys for Defendant
>
> Noah Kushlefsky, Esq.
> KREINDLER & KREINDLER LLP
> 100 Park Avenue
> New York, New York 10017
> (212) 687-8181
> Attorneys for Plaintiff

    b.    State the basis for federal jurisdiction;

> - 28 U.S.C. §1331 - Federal Question Jurisdiction regarding
>
> International Treaties and/or Conventions governing international air
>
> travel.
>
> - 28 U.S.C. §1332 - Diversity of Citizenship - Plaintiff is a resident of

        **the United States and Defendant is a Foreign Corporation.**

   c.    Briefly describe the claims asserted in the complaint and any counterclaims;

        **- Claims for personal injuries sustained during an international flight.**

   d.    State the major legal and factual issues in the case; and

        **- The application of the Montreal Convention of 1999;**

        **- Whether the plaintiff was injured in an "accident" as defined by the 1999 Convention or its predecessor international treaties;**

        **- The injuries to the plaintiff and proximate cause;**

        **- The law which applies;**

        **- Whether there was comparative fault by the plaintiff;**

        **- The plaintiff's injuries and physical condition.**

   e.    Describe the relief sought.

        **- money damages for personal injuries.**

2.    Proposed Case Management Plan

   a.    Identify all pending motions; **- none**

   b.    Proposed date for joinder of additional parties; **- 30 days after party depositions.**

   c.    Proposed date for amendments to pleadings; **- 30 days after party depositions.**

   d.    Proposed schedule for completion of discovery:

        i.    Rule 26(a)(1) disclosures, if not previously completed; **- within 14 days of execution of this Order.**

        ii.    Fact discovery completion date; **- August 1, 2008**

        iii.    Deadline for Rule 26(a)(2) disclosures; **- September 1, 2008**

        iv.    Expert discovery completion date, including dates for delivery

of expert reports; - **expert reports by September 1, 2008; expert**

**depositions completed by September 30, 2008**

    e.    Deadline for filing dispositive motions; - **September 1, 2008**

    f.    Date for filing a final pretrial order; - **October 15, 2008**

    g.    Proposed trial schedule:

        i.    Whether a jury trial is requested; - **Yes**

        ii.    The probable length of trial - **3-4 days**

        iii.    When the case will be ready for trial - **November 15, 2008**

3.    Consent to Proceed Before a Magistrate Judge: Indicate whether the parties consent unanimously to proceed before a Magistrate Judge. **No.**

4.    Status of Settlement Discussions

    a.    Indicate whether any settlement discussions have occurred; **No.**

    b.    Describe the status of any settlement discussions; **a demand will be made shortly.**

    c.    Whether parties request a settlement conference. **Yes, at the Court's discretion.**

5. *A status conference will be held on October 17, 2008 at 11:00 AM*

Dated: 4/14/08
New York, New York

                            **SO ORDERED**

                        _____
                        The Honorable Richard J. Holwell
                        UNITED STATES DISTRICT JUDGE