```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
WOLFRAM KOEPPE,
                                    :
            Plaintiff,                      ORDER
                                    :
      -against-                             08 Civ. 0048 (RJH)(MHD)
                                    :
DEUTSCHE LUFTHANSA AG,
                                    :
            Defendant.
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby

ORDERED that a settlement conference has been scheduled in the above-captioned action on **FRIDAY, JULY 11, 2008 at 10:00 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       June 4, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed today to:

Noah H. Kushlefsky, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017


William J. Fitzpatrick, Esq.
373 Route 111
Smithtown, NY 11787