

| | KREINDLER & KREINDLER LLP | |
|---|---|---|
| Harry E. Kreindler (1919-1984) | 100 Park Avenue | Susan D. Bainnson |
| Lee S. Kreindler (1949-2003) | New York, NY 10017-5590 | William O. Angelley |
| Marc S. Moller | (212) 687-8181 | Michael R. Sherwin |
| Steven R. Pounian | Fax: (212) 972-9432 | Hilary B. Taylor |
| James P. Kreindler | www.kreindler.com | Elizabeth Crotty |
| David C. Cook | | Megan Benett |
| David Beekman | | |
| Noah H. Kushlefsky | | California Office |
| Robert J. Spragg | | Gretchen M. Nelson* |
| Brian J. Alexander | | Stuart R. Fraenkel* |
| Justin T. Green | | Mark I. Labaton* |
| Andrew J. Maloney III | | |
| Daniel O. Rose | | Gabriel Barenfeld* |
| Francis G. Fleming | June 30, 2008 | Massachusetts Office |
| Paul S. Edelman | | Anthony Tarricone⁻ |
| Milton G. Sincoff | | |
| John J. Veth**° | | Susan A. Friery, M.D.⁰ |
| Counsel | | James D. Gotz⁺ |
| | | Joseph P. Musacchio* |

RECEIVED JUN 30 2008
MICHAEL L. DOLINGER
UNITED STATES MAGISTRATE JUDGE
S.D.N.Y.

*Admitted in CA only
⁺Admitted in MA only
⁰Admitted in MA & DC only
°Resident in CA office

**VIA FACSIMILE (212) 805-7928**
Judge Michael H. Dolinger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Koeppe v. Deutsche Lufthansa AG
      Case No. 08 CV 0048 (RJH) (MHD)

Dear Judge Dolinger:

The settlement conference in the above referenced case is currently scheduled for July 11, 2008 at 10:00 am. The insurance adjuster for the defendant plans to attend, but he is unavailable that date. All parties are available on July 16, 2008. Please let me know if July 16, 2008 at 10:00 am is agreeable with Your Honor.

Respectfully yours,

KREINDLER & KREINDLER LLP

By: Noah H. Kushlefsky

NHK/mc
Encls.

cc:  William J. Fitzpatrick, Esq.
     Via Facsimile Only

ENDORSED ORDER
The conference is rescheduled for July 16, 2008 at 10:00 A.M. in Courtroom 17D.

6/30/08

222480.1