UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

WOLFRAM KOEPPE,

                    Plaintiff,

             -against-

DEUTSCHE LUFTHANSA AG,

                  Defendant.

-----------------------------------------------------------------------x

Civil No. 2008 Civ. 00048(RJH)

~~PROPOSED~~ **REVISED
SCHEDULING ORDER**

1.     Description of the Case

      a.     Identify the attorneys of record for each party, including lead trial attorney;

                **William J. Fitzpatrick, Esq.
                Goldberg Segalla LLP
                200 Old Country Road, Suite 210
                Mineola, New York 11501-4293
                (516) 281-9810
                Attorneys for Defendant**

                **Noah Kushlefsky, Esq.
                KREINDLER & KREINDLER LLP
                100 Park Avenue
                New York, New York 10017
                (212) 687-8181
                Attorneys for Plaintiff**



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08
```

      b.     State the basis for federal jurisdiction;

                **- 28 U.S.C. §1331 - Federal Question Jurisdiction regarding

                International Treaties and/or Conventions governing international air

                travel.

                - 28 U.S.C. §1332 - Diversity of Citizenship - Plaintiff is a resident of**

**the United States and Defendant is a Foreign Corporation.**

c.    Briefly describe the claims asserted in the complaint and any counterclaims;

> **- Claims for personal injuries sustained during an international flight.**

d.    State the major legal and factual issues in the case; and

> **- The application of the Montreal Convention of 1999;**
>
> **- Whether the plaintiff was injured in an "accident" as defined by the**
>
> **1999 Convention or its predecessor international treaties;**
>
> **- The injuries to the plaintiff and proximate cause;**
>
> **- The law which applies;**
>
> **- Whether there was comparative fault by the plaintiff;**
>
> **- The plaintiff's injuries and physical condition.**

e.    Describe the relief sought.

> **- money damages for personal injuries.**

2.    Proposed Case Management Plan

a.    Identify all pending motions;  **- none**

b.    Proposed date for joinder of additional parties; **- 30 days after party depositions.**

c.    Proposed date for amendments to pleadings; **- 30 days after party depositions.**

d.    Proposed schedule for completion of discovery:

i.    Rule 26(a)( I) disclosures, if not previously completed; **- within 14 days of execution of this Order.**

ii.    Fact discovery completion date; **- October 1 , 2008 (originally August 1, 2008)**

iii.    Deadline for Rule 26(a)(2) disclosures;  **- November 1, 2008 (originally**

2

**September 1, 2008)**

    iv.    Expert discovery completion date, including dates for delivery

of expert reports; **- expert reports by November 1, 2008; expert**

**depositions completed by November 30, 2008 (originally expert**

**reports by September 1, 2008; expert depositions completed by**

**September 30, 2008)**

e.    Deadline for filing dispositive motions: **- November 1, 2009) (originally**

**September 1, 2008)**

f.    Date for filing a final pretrial order; **-December 15, 2008 (Originally October**

**15, 2008)**

g.    Proposed trial schedule:

    i.    Whether a jury trial is requested; **- Yes**

    ii.    The probable length of trial **- 3-4 days**

    iii.    When the case will be ready for trial **- January 15 2009 (Originally**

**November 15, 2008 )**

3.    Consent to Proceed Before a Magistrate Judge: Indicate whether the parties consent

unanimously to proceed before a Magistrate Judge. **No.**

4.    Status of Settlement Discussions

a.    Indicate whether any settlement discussions have occurred; **Yes.**

b.    Describe the status of any settlement discussions; **a demand will be made**

**shortly**.

    c.      Whether parties request a settlement conference. **Held on July 16th before**

          **Magistrate Judge Dollinger**

Dated:

New York, New York

*Status conference to be held on 10/17/08 at 11:00 am*

SO ORDERED

_____

The Honorable Richard J. Holwell

UNITED STATES DISTRICT JUDGE

223836.1          4